**Order entered March 3, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00138-CV

## IN THE INTEREST OF T.J.S., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-15124**

## ORDER

On February 27, 2015, appellant filed a motion asking this Court to review the trial court's February 19, 2015 order sustaining the contest to his affidavit of indigence. A supplemental clerk's record was filed on March 2, 2015 containing the trial court's order sustaining the contest. However, the contest to the affidavit of indigence was not included in the supplemental clerk's record. Accordingly, we **ORDER** Felicia Pitre to file, by **MARCH 4, 2015**, a supplemental clerk's record containing the contest filed on February 10, 2015 by Francheska Duffey, Official Court Reporter for the 330th Judicial District Court of Dallas County, Texas. *See* TEX. R. APP. P. 20.1(j)(3).

We **ORDER** Francheska Duffey to file, by **3:00 P.M. on MARCH 5, 2015**, the reporter's record from the hearing on the contest held on February 19, 2015. *See* TEX. R. APP. P. 20.1(j)(3).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable Andrea Plumlee, Judge of the 330th Judicial District Court, Felicia Pitre, Francheska Duffey, appellant, and counsel for appellee.

/s/  ELIZABETH LANG-MIERS
    JUSTICE